# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ROBERT DILUZIO, | : | No. 29 EM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOHN WETZEL, SECRETARY OF THE | : | |
| DEPARTMENT OF CORRECTIONS; | : | |
| BERNADETTE MASON, FACILITY | : | |
| MANAGER OF SCI MAHANOY; L. | : | |
| KRASNER, DISTRICT ATTORNEY OF | : | |
| PHILADELPHIA, PHILA. COUNTY | : | |
| COMMON PLEAS JUDGEMENT OF | : | |
| SENTENCE AT: CP-51-CR-0008130-2015, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2020, the "Emergency Motion Seeking Release from Respondent[']s Custody" is DENIED.